DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAUNCEY ANTONIO CROWLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1843

[August 12, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562007CF003814A.

Chauncey Antonio Crowley, South Bay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*